UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

SOLOMON W. ENDESHAW,

Plaintiff,

v.

JUDGE JANET N. POSTON and
ATTORNEY KAREN JEAN KAMPA,

Defendants.

Civil No. 00-691 DWF/AJB

ORDER

---

The Court has received a Motion to Dismiss the above captioned matter on behalf of Defendant Judge Janet N. Poston. In addition, the Court notes that the file contains no affidavit of personal service or other evidence indicating that effective service of the complaint on defendant Karen Jean Kampa has been accomplished as requested pursuant to Court Orders dated November 28, 2000, and January 9, 2001.

NOW THEREFORE, IT IS HEREBY ORDERED THAT the plaintiff shall have until July 1, 2001, to respond to defendant Poston's Motion to Dismiss and to further show cause as to why claims relating to defendant Kampa should not be dismissed. An original and one copy of plaintiff's response shall be filed with the Clerk of Court at 300 South Fourth Street, Minneapolis, MN 55415, no later than July 1, 2001. A copy of plaintiff's response shall also be mailed to defendant's counsel, Jennifer K. Park, at 445 Minnesota Street, #1100, St. Paul, MN 55101-2128. Plaintiff shall file only his written memorandum response to the defendant's motion and shall not attach

Filed MAY 29 2001
Francis E. Dosal, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________

any other documents to his memorandum which have been previously submitted to the Court for other purposes.

Failure to respond in a timely manner will result in the undersigned Magistrate Judge's recommendation of dismissal of this matter for lack of prosecution.

Dated: 5/25/01

ARTHUR J. BOYLAN
United States Magistrate Judge